JS - 6

**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 08-1873-VAP (Ex)                                       Date:  March 13, 2009

Title:     DEUTSCHE BANK NATIONAL TRUST COMPANY -v- LUIS RAMIREZ; AND DOES 1 to 10, Inclusive
===============================================================
PRESENT:     HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                                   None Present
    Courtroom Deputy                                           Court Reporter

ATTORNEYS PRESENT FOR                     ATTORNEYS PRESENT FOR
PLAINTIFFS:                                              DEFENDANTS:

    None                                                                  None

PROCEEDINGS:      MINUTE ORDER REMANDING TO CASE FOR FAILURE TO COMPLY WITH COURT ORDER (IN CHAMBERS)

    The Court issued an Order to Show Cause on January 28, 2009.  Defendant failed to timely respond.  The Court hereby REMANDS Plaintiff's action to the California Superior Court for the County of San Bernardino.

    **IT IS SO ORDERED.**